UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DEMARCUS GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-CV-484-HBG |
| | ) | |
| TWO DOORS DOWN, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73 of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 13].

For the reasons cited in the Memorandum and Order filed contemporaneously herewith, the instant matter is **DISMISSED WITHOUT PREJUDICE**. Should Plaintiff choose to refile this action, he **SHALL** be assessed $260 in expenses that Defendant incurred in defending the instant action.

**IT IS SO ORDERED**.

ENTER:

*Bruce Guyton*
United States Magistrate Judge